```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 06934
   ARTHUR REYES
   CAROLYN LEE REYES                          CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
        Debtor
  SSN XXX-XX-6429     SSN XXX-XX-4822

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/17/2007 and was confirmed 06/28/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 05/22/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
REGIONS MORTGAGE             CURRENT MORTG        .00            .00            .00
REGIONS MORTGAGE             MORTGAGE ARRE    8023.28            .00        8023.28
CARMAX AUTO FINANCE          SECURED VEHIC    1837.42         109.78         732.42
FISHER & SHAPIRO             NOTICE ONLY    NOT FILED            .00            .00
NORTH PARK VILLAGE CONDO     SECURED           396.00          26.79          81.77
INTERNAL REVENUE SERVICE     PRIORITY        32686.05            .00            .00
ARMOR SYSTEMS CO             UNSECURED      NOT FILED            .00            .00
B-REAL LLC                   UNSECURED       18618.99            .00            .00
RESURGENT CAPITAL SERVIC     UNSECURED        6917.02            .00            .00
ELGIN RADIOLOGY SC           UNSECURED      NOT FILED            .00            .00
CCA                          UNSECURED      NOT FILED            .00            .00
CREDITORS COLLECTION BUR     UNSECURED      NOT FILED            .00            .00
DEPENDON COLLECTIONS SER     UNSECURED      NOT FILED            .00            .00
DEERE CREDIT SERVICES        SECURED           828.00          56.35         164.20
MEDTOX LABORATORIES          UNSECURED      NOT FILED            .00            .00
NATIONAL ENTERPRISE SYST     NOTICE ONLY    NOT FILED            .00            .00
MERCHANTS CREDIT GUIDE       UNSECURED      NOT FILED            .00            .00
SALLIE MAE EDUCATION CRE     UNSECURED       32614.98            .00            .00
SHERMAN HOSPITAL             UNSECURED      NOT FILED            .00            .00
ARMOR SYSTEMS CO             UNSECURED      NOT FILED            .00            .00
SWEDISH COVENANT HOSPITA     UNSECURED      NOT FILED            .00            .00
INTERNAL REVENUE SERVICE     UNSECURED        6294.51            .00            .00
INTERNAL REVENUE SERVICE     PRIORITY      NOT FILED            .00            .00
INTERNAL REVENUE SERVICE     PRIORITY      NOT FILED            .00            .00
UNITED STUDENT AID FUNDS     UNSECURED       11137.36            .00            .00
ILLINOIS DEPT OF REV         PRIORITY         3870.00            .00         513.39
DEERE CREDIT SERVICES        UNSECURED           .12             .00            .00
JENNIFER A BLANC DOUGE       DEBTOR ATTY         .00                            .00
TOM VAUGHN                   TRUSTEE                                         694.02
DEBTOR REFUND                REFUND                                             .00

    Summary of Receipts and Disbursements:

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 06934 ARTHUR REYES & CAROLYN LEE REYES
```

```
--------------------------------------------------------------------------
                             RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     10,402.00

PRIORITY                                             513.39
SECURED                                            9,001.67
    INTEREST                                         192.92
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                 694.02
DEBTOR REFUND                                            .00
                           ---------------    ---------------
TOTALS                      10,402.00            10,402.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
  Dated: 08/26/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```